RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Steven Carr

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN CARR,<br><br>　　　　　Defendant. | Case No. 2:13-cr-250-JAD-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request)<br><br>ECF No. 203 |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Cristina D. Silva, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Steven Carr, that the Revocation Hearing currently scheduled on Tuesday, June 28, 2016 at 2:45 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than fourteen (14) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel will be out of the jurisdiction at a conference on the currently scheduled date.

　　　　2.　　Additional time is needed to meet with Mr. Carr to discuss the violations.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 21st day of June, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Cristina D. Silva*<br>By_____<br>CRISTINA D. SILVA<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STEVEN CARR,<br><br>　　　　　Defendant. | Case No. 2:13-cr-250-JAD-VCF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, June 28, 2016 at 2:45 p.m. before Magistrate Judge Peggy Leen be vacated and continued to July 8, 2016, at 9:00 a.m. before District Judge Jennifer Dorsey in LV Courtroom 6D, to be heard at the same time as Carr's change of plea.

_____
Jennifer Dorsey
United States District Judge
6/24/16

3